10-CV-05640-ORD



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| STEPHANIE WILSON, ) | Case No. 3:10-cv-05640-RBL |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL WITH |
| ) | PREJUDICE |
| vs. ) | |
| ) | |
| THE CBE GROUP SW, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Western District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 28th day of October, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Dismissal - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Filed electronically on this 28th day of October, 2010, with:

United States District Court CM/ECF system

By: s/ Jessica DeCandia
    Jessica DeCandia

IT IS SO ORDERED THIS 29th DAY OF October, 2010

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

Notice of Dismissal - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com